CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff, Arya Shipping Lines PJS
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

ARYA SHIPPING LINES PJS,

               Plaintiff,

    v.

FOUR WINDS MARITIME SDN BHD and,
IBETO CEMENT CO., LTD.,

               Defendants.
-----------------------------------------------------------X



JUDGE KAPLAN

07 v. CIV 7037

STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1

    Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for Plaintiff, ARYA SHIPPING LINES PJS, certifies that there are no corporate parents, subsidiaries, or affiliates of that party, which are publicly held.

Dated: Port Washington, New York
        August 6, 2007

                                    CHALOS, O'CONNOR & DUFFY, LLP
                                    Attorneys for Plaintiff,
                                    ARYA SHIPPING LINES PJS

                  By: _____
                                    Owen F. Duffy (OD-3144)
                                    George E. Murray (GM-4172)
                                    366 Main Street
                                    Port Washington, New York 11050
                                    Tel: (516) 767-3600
                                    Fax: (516) 767-3605