CLARK, ATCHESON & REISERT
Richard J. Reisert (RR-7118)
Attorneys for Garnishee
Societe Generale New York Branch
7800 River Road
North Bergen, NJ  07047
Tel: (201) 537-1200
Fax: (201) 537-1201

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

| | | |
|---|---|---|
| ARYA SHIPPING LINES PJS, | : | |
| | : | |
| | : | |
| Plaintiff, | : | **07-CV-7037** |
| | : | |
| v. | : | **NOTICE OF** |
| | : | **APPEARANCE** |
| FOUR WINDS MARITIME SDN BHD and, | : | |
| IBETO CEMENT CO., LTD., | : | |
| | : | |
| Defendants. | : | |

-------------------------------------------------------------x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

    Please enter my appearance as counsel for Garnishee, Societe Generale New York Branch.  I certify that I am admitted to practice before this Honorable Court.

Dated: North Bergen, New Jersey
       August 28, 2007

                              CLARK, ATCHESON & REISERT
                              Attorneys for Garnishee
                              Societe Generale New York Branch

                By: _____
                              Richard J. Reisert (RR-7118)
                              7800 River Road
                              North Bergen, NJ  07047
                              Tel: (201) 537-1200
                              Fax: (201) 537-1201
                              Email:  reisert@navlaw.com