KAPLAN 5,

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-7-07
```

CHALOS, O'CONNOR & DUFFY, LLP
Attorneys for Plaintiff, Arya Shipping Lines PJS
366 Main Street
Port Washington, New York 11050
Tel: (516) 767-3600 / Fax: (516) 767-3605
Owen F. Duffy (OD-3144)
George E. Murray (GM-4172)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ARYA SHIPPING LINES PJS,

                Plaintiff,

      v.

FOUR WINDS MARITIME SDN BHD and,
IBETO CEMENT CO., LTD.,

                Defendants.
------------------------------------------------------------X

JUDGE KAPLAN

07 CIV 7037

**ORDER APPOINTING
A SPECIAL PROCESS
SERVER**

An application having been made by Plaintiff for an Order Appointing a Special Process Server pursuant to Rule 4(c) of the Federal Rules of Civil Procedure,

NOW, on reading and filing the affidavit of George E. Murray, sworn to the 6th day of August, 2007, and good cause having been shown, it is hereby

**ORDERED**, that any associate, agent or paralegal of Chalos, O'Connor & Duffy, LLP be and is hereby appointed, in addition to the United States Marshal, to serve the Process of Maritime Attachment and Garnishment and Verified Complaint upon the garnishee(s) listed in the Complaint, together with any other garnishee(s) who, based upon information developed subsequent hereto by the Plaintiff, may hold assets for, or on account of, the Defendants, FOUR WINDS MARITIME SDN BHD and IBETO CEMENT CO., LTD.

Dated: New York, New York
        August 7, 2007

                                          _[signature]_
                                        United States District Judge

Part One