Christopher H. Dillon (CD-7521)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ARYA SHIPPING LINES PJS**<br><br>         **Plaintiff,**<br><br>**v.**<br><br>**FOUR WINDS MARITIME SDN BHD**<br>**and, IBETO CEMENT CO. LTD.**<br><br>         **Defendants.** | 07 Civ 7037 (LAK)<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT<br><br>Electronically Filed |

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, defendant Ibeto Cement Co. Ltd. hereby represents to this Honorable Court that said defendant does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   November 8, 2007
         New York NY

                              BURKE & PARSONS
                              Attorneys for Defendant
                              IBETO CEMENT CO. LTD..


                              By   /s/ Christopher H. Dillon
                                  Christopher H. Dillon (7321)
                                  100 Park Avenue
                                  New York NY  10017-5533
                                  (212) 354-3800