Christopher H. Dillon (CD-7521)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **ARYA SHIPPING LINES PJS**<br><br>          Plaintiff,<br><br>v.<br><br>**FOUR WINDS MARITIME SDN BHD**<br>**and, IBETO CEMENT CO. LTD.**<br><br>          Defendants. | 07 Civ 7037 (LAK)<br><br>NOTICE OF RESTRICTED APPEARANCE<br><br>Electronically Filed |

   Pursuant to Rule E(8) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure, Defendant Ibeto Cement Co. Ltd. hereby makes its restricted appearance to defend its interests in this action through the undersigned attorneys, and reserves its right to file its responses to the allegations set forth in the Complaint by appropriate motion or answer.

Dated:   November 8, 2007
         New York NY

                                        BURKE & PARSONS
                                        Attorneys for Defendant
                                        IBETO CEMENT CO. LTD.


                                        By   /s/ Christopher H. Dillon
                                             Christopher H. Dillon (7321)
                                             100 Park Avenue
                                             New York NY  10017-5533
                                             (212)354-3800

8971_0010.doc