UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ARYA SHIPPING LINES PJS,

               Plaintiff,

-against-                                                                07 Civ. 7037 (LAK)

FOUR WINDS MARITIME SDN BHD, et ano.,

               Defendants.
------------------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The Court having conferred with counsel for plaintiff and for defendant Ibeto Cement Co., Ltd., and plaintiff having consented hereto, it is hereby

      ORDERED, that this action shall be dismissed with prejudice, without further order of the Court, on May 9, 2008 unless, on or before that date, proof of service on at least one defendant or proof of the attachment of funds is filed.

Dated: November 9, 2007

                                                     Lewis A. Kaplan
                                          United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/9/07