UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
Arya Shipping Lines PJS,

                Plaintiff(s),                    07-cv-07037 (LAK)

v.

Four Winds Maritime SDN BHD,
et al.,

                Defendant(s).
------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

      The November 9, 2007 Order warned plaintiff that in the absence of the filing proof of either service on even one defendant, or proof of attachment of the funds, on or before May 9, 2008, that the case would be dismissed. A review of the docket shows that no such filing has been made. Accordingly, the case is dismissed and the Clerk of Court shall close the case.

      SO ORDERED.

Dated: May 27, 2008

                                                Lewis A. Kaplan
                                                United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/28/08